**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000849
25-JUN-2026
09:02 AM
Dkt. 33 ODSD**

NO. CAAP-25-0000849


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


SANDRA J. ROBERTS, Plaintiff-Appellant,
v.
HARRY K. REYES, Adult Corrections Officer 3
Department of Public Safety; Sgt. JOHN TALICH,
Hawaiʻi County Police Department; BRIAN SOUKI,
Hawaiʻi County Police Department; Major SCOTT P. AMARAL,
Hawaiʻi County Police Department,
Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CCV-24-0000109)


ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) The opening brief was due on or before March 9, 2026;

(2) Self-represented Plaintiff-Appellant Sandra J. Roberts (**Roberts**) failed to file the opening brief or request an extension of time;

(3) On May 1, 2026, the appellate clerk entered a default notice informing Roberts that the time for filing the opening brief had expired, the matter would be called to the court's attention on May 11, 2026, for appropriate action, which

could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Roberts could request relief from default by motion; and

(4) Roberts has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 25, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge